IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Angela Thompson, | : | Case No. 1:03-cv-428 |
| | : | |
| Plaintiff, | : | District Judge Susan J. Dlott |
| v. | : | |
| | : | |
| Dillard's, Inc., | : | |
| | : | ORDER LIFTING STAY AND |
| Defendant. | : | DISMISSING CASE WITH |
| | : | PREJUDICE |

This matter comes before the Court on Defendant Dillard's, Inc.'s Motion to Dismiss. (Doc. #8.)  In May 2004, the Court stayed this action and compelled Plaintiff Angela Thompson to submit to arbitration on her claims against Dillard's.  (See doc. #7.)  In February 2006, Dillard's filed its present Motion to Dismiss, submitting that an arbitration hearing was held in July 2005 and that the presiding arbitrator issued an order in November 2005 denying Thompson's claims in their entirety.  (See doc. #8 and Ex. A (arbitration decision).)  Thompson has not filed a response to Dillard's Motion, and her time to do so has passed.  In response to a recent electronic mail inquiry from this Court's chambers, however, Thompson's counsel represented that in light of the arbitrator's decision, Thompson does not wish to contest Dillard's Motion or otherwise further pursue her claims.

In light of the above, the Court *sua sponte* **LIFTS** its stay of this action; **GRANTS** Dillard's Motion to Dismiss (doc. #8) and **DISMISSES** this action **WITH PREJUDICE**.  This Order disposes of all pending motions in the case, which is hereby **CLOSED**.

IT IS SO ORDERED.

                                                    ___s/Susan J. Dlott_____
                                                    Susan J. Dlott
                                                    United States District Judge